IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Civil Action No.  8:18-cv-01742-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CONSENT MOTION** |
| Devinder Singh Dhanoa, a/k/a Sukhvinder Singh, a/k/a Vora Jayendra Amritlal, a/k/a Dalip Kumar, | ) ) ) ) | **FOR EXTENSION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Devinder Singh Dhanoa, a/k/a Sukhvinder Singh, a/k/a Vora Jayendra Amritlal, a/k/a Dalip Kumar, by and through the consent of its attorneys and the consent of plaintiff's attorneys, hereby move this Honorable Court for an extension for the defendant to file an Answer pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P., and Local Civil Rule 7.05.

**Procedural History**

On June 25, 2018, Plaintiff United States of America filed a Complaint to Revoke Naturalization in the above-captioned proceedings. ECF No. 1. Defendant's current deadline to file an Answer to the Complaint is October 5, 2018. The parties have been engaged in active settlement negotiations, and both Plaintiff and Defendant anticipate resolving this matter through the filing of a joint motion for consent judgment. However, the parties continue to negotiate the language and terms of such a consent judgment, and require additional time to reach agreement.

Accordingly, Defendant respectfully requests a 30-day extension of the Answer deadline, until November 5, 2018. In addition, in the event this matter is not resolved through a consent judgment, Defendant requests that the Court stay commencement of discovery, to include the

Rule 26(f) Conference and Report, until 14 days after the extended deadline to Answer, i.e. until November 19, 2018.

On October 3, 2018, Defendant's counsel conferred with counsel for the Plaintiff, Danielle K.S. Lindermuth and Matthew J. Modica, regarding this request. Plaintiff's counsel indicated that they do not oppose a 30-day extension of the Answer deadline or a stay of commencement of discovery.

WHEREFORE, Defendant respectfully moves for a 30-day extension of the Answer deadline, until November 5, 2018, and a stay of commencement of discovery until 14 days after the extended Answer deadline, until November 19, 2018.

    Respectfully submitted,

    ROBINSON GRAY STEPP & LAFFITTE, L.L.C.

    By:   <u>S / Rebecca Laffitte</u>
        Rebecca Laffitte (ID No. 1036)
        rlaffitte@robinsongray.com
        J. Michael Montgomery (ID No. 10290)
        mmontgomery@robinsongray.com
        Rachel M. Hutchens (ID No. 12696)
        rhutchens@robinsongray.com
        Vordman Carlisle Traywick, III (ID No. 12483)
        ltraywick@robinsongray.com
        1310 Gadsden Street
        Post Office Box 11449
        Columbia, South Carolina 29211
        (803) 929-1400

    CLARK HILL PLC
        Thomas K. Ragland (pro hac vice)
        1001 Pennsylvania Avenue, NW
        Suite 1300 South
        Washington, DC 20004
        T: (202) 552-2350
        F: (202) 572-8686
        E: tragland@clarkhill.com

    Attorneys for Counsel for Defendant, Devinder Singh Dhanoa

WE CONSENT:

UNITED STATES ATTORNEY

By:    S / Matthew J. Modica
       Matthew J. Modica (ID No. 10226)
       Assistant U.S. Attorney
       151 Meeting Street, Suite 200
       Charleston, South Carolina  29401-2238
       (843) 266-1676
       matthew.j.modica@usdoj.gov

       Danielle K. Lindermuth
       MD Bar
       Trial Attorney, District Court Section
       Office of Immigration Litigation
       Civil Division
       U.S. Department of Justice
       Post Office Box 868, Ben Franklin Station
       Washington, DC  20044
       (202) 305-9698
       danielle.k.lindermuth@usdoj.gov

Attorney for the Plaintiff, United States of America

Columbia, South Carolina

Dated: October 4, 2018