IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL ACTION NUMBER:  8:18-cv-1742-TMC |
| Plaintiff, | ) |
| v. | ) |
| DEVINDER DHANOA, | ) |
| a/k/a SUKHVINDER SINGH, | ) |
| a/k/a VORA JAYENDRA AMRITLAL, | ) |
| a/k/a DALIP KUMAR, | ) |
| Defendant. | ) |

**<u>NOTICE OF SATISFACTION OF JUDGMENT</u>**

On June 6, 2019, the Court rendered judgment in favor of Plaintiff United States and against Defendant Devinder Dhanoa, a/k/a Sukhvinder Singh, a/k/a Vora Jayendra Amritlal, a/k/a Dalip Kumar (Defendant) (ECF No. 37).  To satisfy the judgment, the Court ordered Defendant to surrender and deliver to Government counsel his "Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control," and to "make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others."

On June 13, 2019, counsel for Defendant indicated that Defendant had surrendered and mailed all such documents to counsel for Plaintiff.  On June 18, 2019, undersigned counsel for Plaintiff confirmed physical receipt of the following original documents issued to Defendant: U.S. Passport No. 463560936 and Certificate of Naturalization No. 31384903.  Based on the review by Department of Justice Office of Immigration Litigation, undersigned counsel confirms that the surrender of these documents amounts to compliance with this Court's judgment.

Furthermore, the Court ordered the parties to appear for a compliance hearing "unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled." ECF No. 37. Given this Notice, the United States respectfully requests the cancelation of the compliance hearing set for June 20, 2019.

          Respectfully submitted,

          SHERRI A. LYDON
          UNITED STATES ATTORNEY

By:    *s/ Beth Drake*
       Beth Drake (#5598)
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, SC  29201
       Phone:  (803) 929-3061
       Email:  Beth.Drake@usdoj.gov

June 18, 2019